UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-24737-DPG

PABLO ORTIZ a/k/a PABLO ORTIZ )
NUNEZ, and all others similarly situated )
under 29 U.S.C. 216(b), )
)
)
Plaintiffs, )
vs. )
)
)
REAL MASTERS CONSTRUCTION, INC, )
and ERNEST J LANNING, )
)
Defendants. )
_____ )

## PLAINTIFF'S STATEMENT OF CLAIM

Plaintiff, by and through the undersigned counsel, hereby files his Statement of Claim pursuant to this Court's Notice of Court Practice [DE 6], and states as follows:

**FEDERAL OVERTIME WAGE CLAIM:**

**Period Claimed:** August 15, 2013 through on or about September 27, 2016
Weeks: 162.7 weeks
Overtime hours per week: 13 hours
Regular Pay Rate:  $15/hr
Amount of half time per overtime hour not compensated: $7.50/hr
Total overtime wages unpaid: **$15,863.25** (13hrs x $7.50/hr x 162.7 weeks)

**Total Overtime Wage Claim and Liquidated Damages: $15,863.25 x 2 = $31,726.50**

\*\*Plaintiff seeks all fees and costs under the FLSA.

Respectfully Submitted,

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
 Fax: (305) 865-7167
*Attorneys for Plaintiff*

By: /s/ Joshua H. Sheskin
Joshua H. Sheskin, Esq.
Jsheskin.jhzidellpa@gmail.com
Florida Bar Number: 93028

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on November 28, 2016.

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
*Attorneys for Plaintiff*

By: /s/ Joshua Sheskin
Joshua H. Sheskin, Esq.
Jsheskin.jhzidellpa@gmail.com
Florida Bar Number: 93028