UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. XX-cv-XXXXX-GAYLES

**PARTY NAME(S),**
          **Plaintiff(s),**

    v.

**PARTY NAME(S),**
          **Defendant(s).**
_____/

**PROPOSED SCHEDULING ORDER SETTING
CIVIL TRIAL DATE AND PRETRIAL SCHEDULE**

    **THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **[MM/DD/YYYY]**.[1] The **Calendar Call** will be held at **9:30 a.m. on Wednesday, [MM/DD/YYYY]**.[2] A **Status Conference** will be held at **9:30 a.m. on Wednesday, [MM/DD/YYYY]**.[3] The parties shall adhere to the following schedule:[4]

1. Joinder of any additional parties and filing of motions to amend the complaint by     **[MM/DD/YYYY]**

2. Written lists containing the names and addresses of all fact witnesses intended to be called at trial by     **[MM/DD/YYYY]**

3. Plaintiff(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by     **[MM/DD/YYYY]**

---

[1] For all actions brought pursuant to the Fair Labor Standards Act, Title III of the Americans with Disabilities Act, the Fair Debt Collection Practices Act, or to recover amounts due on a defaulted student loan, the parties shall coordinate a proposed schedule with a Trial date to occur within nine (9) months of the date Plaintiff filed the action.

[2] Wednesday before Trial date.

[3] The Court will not schedule a pretrial conference but will schedule a status conference **approximately three weeks following the parties' proposed mediation deadline**.

[4] If relevant, the parties should provide proposed deadlines for class discovery and the filing of motions for class certification.

4. Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by  **[MM/DD/YYYY]**

5. Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by  **[MM/DD/YYYY]**

6. The parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by  **[MM/DD/YYYY]**

7. Fact discovery shall be completed by  **[MM/DD/YYYY]**
   **[at least five months before Trial date]**

8. Expert discovery shall be completed by  **[MM/DD/YYYY]**
   **[at least five months before Trial date]**

9. Dispositive motions, including those regarding summary judgment and *Daubert*, must be filed by  **[MM/DD/YYYY]**
   **[at least four months before Trial date]**

10. Mediation shall be completed by  **[MM/DD/YYYY]**
    **[at least three months before Trial date]**[5]

11. All pretrial motions and memoranda of law, including motions in limine, must be filed by  **[MM/DD/YYYY]**
    **[at least two months before Trial date]**

12. Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law must be filed by  **[MM/DD/YYYY]**
    **[at least one month before Trial date]**

**By:**     **[Attorney(s) for Plaintiff(s)]**          **[Attorney(s) for Defendant(s)]**

---

[5] For all actions brought pursuant to the Fair Labor Standards Act, Title III of the Americans with Disabilities Act, the Fair Debt Collection Practices Act, or to recover amounts due on a defaulted student loan, mediation shall occur <u>within ninety (90) days of the Court's entry of the scheduling order.</u>