UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-24737-DPG

PABLO ORTIZ a/k/a PABLO ORTIZ )
NUNEZ, and all others similarly situated )
under 29 U.S.C. 216(b), )
)
)
        Plaintiffs, )
  vs. )
)
)
REAL MASTERS CONSTRUCTION, INC, )
and ERNEST J LANNING, )
)
)
        Defendants. )

## JOINT SCHEDULING REPORT

Pursuant to Southern District of Florida Local Rule 16.1 and the Court's Order [D.E. 12] entered on December 08, 2016, Plaintiff and Defendants, by and through Undersigned Counsel, hereby file this Joint Scheduling Report and state as follows;

## ELEMENTS REQUIRED BY LOCAL RULE 16.1

**(A) The likelihood of settlement;**

The parties will, throughout the progress of the case, discuss settlement and make reasonable, good faith efforts to resolve this matter without the Court's assistance.

**(B) A discussion of the likelihood of appearance in the action of additional parties;**

As the identity of other claimants comes to light, Plaintiff may add additional parties.

**(C) Proposed limits on time:**

    **(i) Join other parties and amend the pleadings.**

February 10, 2017.

1

      **(ii) Dispositive Motions**

April, 14 2017.

      **(iii) Complete Discovery**

March 10, 2017.

**(D) Proposals for the formulation and simplification of issues, including the elimination of frivolous claims or defenses;**

The Parties are unable to eliminate any claims or defenses at this point in time. The parties will endeavor to do so in order to simplify the issues, including the elimination of frivolous claims or defenses.

**(E) The necessity or desirability of amendments to the pleadings;**

Plaintiff may desire to amend pleadings to add parties.

**(F) A discussion of possible admissions of fact of possible stipulations regarding the authenticity of documents; and of the need for advance rulings from the Court on the admissibility of evidence;**

The Parties will endeavor to stipulate to facts and admissions of documents and electronically stored information such as to avoid the unnecessary proof at trial. However, at this point in time, the Parties are unable to stipulate to any facts.

**(G) Suggestions for the avoidance of unnecessary proof and of cumulative evidence;**

The Parties do not have any specific suggestions at this time, but will endeavor to limit unnecessary proof of facts to which the parties can stipulate.

**(H) Suggestions on the advisability of referring matters to a Magistrate Judge or master:**

None, although the Parties recognize that discovery matters are generally referred to the Magistrate Judge as a matter of course.

**(I)  A preliminary estimate of the time required for trial;**

The Parties estimate that this will be a 3-4 day trial.

**(J) Requested dates for conferences before trial, a final pretrial conference and trial.**

The Parties request trial to begin on or about August 14, 2017.

**(K) Any other information that might be helpful to the Court.**

The Parties are unaware of any additional information that would be helpful to the Court but will keep the Court apprised of any developments.

### CONSENT OF COUNSEL FOR DEFENDANT

Pursuant to Rule 3J(3) of the Administrative Procedures of the United States District Court for the Southern District of Florida, the undersigned counsel for Plaintiff represents to the Court that counsel for Defendant has authorized her to affix her electronic signature to this Joint Scheduling Report.

Respectfully Submitted,

| | |
|---|---|
| J.H. Zidell, P.A<br>300 71st Street, Suite 605<br>Miami Beach, Florida 33141<br>Tel: (305) 865-6766<br>Fax: (305) 865-7167<br>*Attorneys for Plaintiff*<br><br>By:  /s/ Joshua H. Sheskin<br>Joshua H. Sheskin, Esq.<br>Jsheskin.jhzidellpa@gmail.com<br>Florida Bar Number: 93028 | By: /s/ Jon Michael Kendrick<br>Jon Michael Kendrick<br>Florida Bar Number: 46188<br>Email: jmk@kendrick-lawfirm.com<br>The Kendrick Law Firm<br>1776 North Pine Island Road, Suite 118<br>Plantation, Florida 33322<br>Telephone: 954.776.8115 |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on December 19, 2016.

> J.H. Zidell, P.A.
> 300 71st Street, Suite 605
> Miami Beach, Florida 33141
> Tel: (305) 865-6766
> Fax: (305) 865-7167
> *Attorneys for Plaintiff*
>
> By: /s/ Joshua Sheskin
> Joshua H. Sheskin, Esq.
> Jsheskin.jhzidellpa@gmail.com
> Florida Bar Number: 93028