UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-24737-DPG

PABLO ORTIZ a/k/a PABLO ORTIZ NUNEZ, and all others similarly situated under 29 U.S.C. 216(b),

        Plaintiffs,

vs.

REAL MASTERS CONSTRUCTION, INC, and ERNEST J LANNING,

        Defendants.

## JOINT SCHEDULING REPORT

Pursuant to Southern District of Florida Local Rule 16.1 and the Court's Order [D.E. 12] entered on December 08, 2016, Plaintiff and Defendants, by and through Undersigned Counsel, hereby file this Joint Scheduling Report and state as follows;

## ELEMENTS REQUIRED BY LOCAL RULE 16.1

**(A) The likelihood of settlement;**

The parties will, throughout the progress of the case, discuss settlement and make reasonable, good faith efforts to resolve this matter without the Court's assistance.

**(B) A discussion of the likelihood of appearance in the action of additional parties;**

As the identity of other claimants comes to light, Plaintiff may add additional parties.

**(C) Proposed limits on time:**

    **(i) Join other parties and amend the pleadings.**

February 10, 2017.

1

        **(ii) Dispositive Motions**

April, 14 2017.

        **(iii) Complete Discovery**

March 10, 2017.

**(D) <u>Proposals for the formulation and simplification of issues, including the elimination of frivolous claims or defenses;</u>**

The Parties are unable to eliminate any claims or defenses at this point in time. The parties will endeavor to do so in order to simplify the issues, including the elimination of frivolous claims or defenses.

**(E) <u>The necessity or desirability of amendments to the pleadings;</u>**

Plaintiff may desire to amend pleadings to add parties.

**(F) <u>A discussion of possible admissions of fact of possible stipulations regarding the authenticity of documents; and of the need for advance rulings from the Court on the admissibility of evidence;</u>**

The Parties will endeavor to stipulate to facts and admissions of documents and electronically stored information such as to avoid the unnecessary proof at trial. However, at this point in time, the Parties are unable to stipulate to any facts.

**(G) <u>Suggestions for the avoidance of unnecessary proof and of cumulative evidence;</u>**

The Parties do not have any specific suggestions at this time, but will endeavor to limit unnecessary proof of facts to which the parties can stipulate.

**(H) <u>Suggestions on the advisability of referring matters to a Magistrate Judge or master:</u>**

None, although the Parties recognize that discovery matters are generally referred to the Magistrate Judge as a matter of course.

**(I)  A preliminary estimate of the time required for trial;**

The Parties estimate that this will be a 3-4 day trial.

**(J) Requested dates for conferences before trial, a final pretrial conference and trial.**

The Parties request trial to begin on or about August 14, 2017.

**(K) Any other information that might be helpful to the Court.**

The Parties are unaware of any additional information that would be helpful to the Court but will keep the Court apprised of any developments.

### CONSENT OF COUNSEL FOR DEFENDANT

Pursuant to Rule 3J(3) of the Administrative Procedures of the United States District Court for the Southern District of Florida, the undersigned counsel for Plaintiff represents to the Court that counsel for Defendant has authorized her to affix her electronic signature to this Joint Scheduling Report.

Respectfully Submitted,

| | |
|---|---|
| J.H. Zidell, P.A<br>300 71st Street, Suite 605<br>Miami Beach, Florida 33141<br>Tel: (305) 865-6766<br>Fax: (305) 865-7167<br>*Attorneys for Plaintiff*<br><br>By:  /s/ Joshua H. Sheskin<br>Joshua H. Sheskin, Esq.<br>Jsheskin.jhzidellpa@gmail.com<br>Florida Bar Number: 93028 | By: /s/ Jon Michael Kendrick<br>Jon Michael Kendrick<br>Florida Bar Number: 46188<br>Email: jmk@kendrick-lawfirm.com<br>The Kendrick Law Firm<br>1776 North Pine Island Road, Suite 118<br>Plantation, Florida 33322<br>Telephone: 954.776.8115 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on December 19, 2016.

> J.H. Zidell, P.A.
> 300 71st Street, Suite 605
> Miami Beach, Florida 33141
> Tel: (305) 865-6766
> Fax: (305) 865-7167
> *Attorneys for Plaintiff*
>
> By: /s/ Joshua Sheskin
> Joshua H. Sheskin, Esq.
> Jsheskin.jhzidellpa@gmail.com
> Florida Bar Number: 93028

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-24737-DPG

PABLO ORTIZ a/k/a PABLO ORTIZ )
NUNEZ, and all others similarly situated )
under 29 U.S.C. 216(b), )
)
)
             Plaintiffs, )
  vs. )
)
)
REAL MASTERS CONSTRUCTION, INC, )
and ERNEST J LANNING, )
)
)
             Defendants. )
_____

## PROPOSED SCHEDULING ORDER SETTING
## CIVIL TRIAL DATE AND PRETRIAL SCHEDULE

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **08/14/17**.[1] The **Calendar Call** will be held at **9:30 a.m. on Wednesday, 08/09/2017**.[2] A **Status Conference** will be held at **9:30 a.m. on Wednesday, 07/25/17**.[3] The parties shall adhere to the following

| | | |
|---|---|---|
| 1. | Joinder of any additional parties and filing of motions to amend the complaint by | **02/10/2017** |
| 2. | Written lists containing the names and addresses of all fact witnesses intended to be called at trial by | **06/09/2017** |
| 3. | Plaintiff(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **06/09/2017** |

[1] **For all actions brought pursuant to the Fair Labor Standards Act, Title III of the Americans with Disabilities Act, the Fair Debt Collection Practices Act, or to recover amounts due on a defaulted student loan, the parties shall coordinate a proposed schedule with a Trial date to occur within nine (9) months of the date Plaintiff filed the action.**

[2] **Wednesday before Trial date.**

[3] **The Court will not schedule a pretrial conference but will schedule a status conference <u>approximately three weeks following the parties' proposed mediation deadline</u>.**

[4] **If relevant, the parties should provide proposed deadlines for class discovery and the filing of motions for class certification.**

[5.] **For all actions brought pursuant to the Fair Labor Standards Act, Title III of the Americans with Disabilities Act, the Fair Debt Collection Practices Act, or to recover amounts due on a defaulted student loan, mediation shall occur within ninety (90) days of the Court's entry of the scheduling order.**

4.  Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by    **06/09/2017**

5.  Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by    **06/23/2017**

6.  The parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by    **03/01/2017**

7.  Fact discovery shall be completed by
    **[at least five months before Trial date]**    **03/3/2017**

8.  Expert discovery shall be completed by
    **[at least five months before Trial date]**    **03/10/2017**

9.  Dispositive motions, including those regarding summary judgment and *Daubert*, must be filed by
    **[at least four months before Trial date]**    **04/14/2017**

10. Mediation shall be completed by
    **[at least three months before Trial date]**[5]    **05/12/2017**

11. All pretrial motions and memoranda of law, including motions in limine, must be filed by
    **[at least two months before Trial date]**    **06/14/2017**

12. Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law must be filed by
    **[at least one month before Trial date]**    **07/14/2017**

---

[1]  **For all actions brought pursuant to the Fair Labor Standards Act, Title III of the Americans with Disabilities Act, the Fair Debt Collection Practices Act, or to recover amounts due on a defaulted student loan, the parties shall coordinate a proposed schedule with a Trial date to occur within nine (9) months of the date Plaintiff filed the action.**

[2]  **Wednesday before Trial date.**

[3]  **The Court will not schedule a pretrial conference but will schedule a status conference approximately three weeks following the parties' proposed mediation deadline.**

[4]  **If relevant, the parties should provide proposed deadlines for class discovery and the filing of motions for class certification.**

[5.]  **For all actions brought pursuant to the Fair Labor Standards Act, Title III of the Americans with Disabilities Act, the Fair Debt Collection Practices Act, or to recover amounts due on a defaulted student loan, mediation shall occur within ninety (90) days of the Court's entry of the scheduling order.**