UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:16-cv-24737-DPG

PABLO ORTIZ, a/k/a Pablo Ortiz Nunez )
and all others similarly situated under 29 U.S.C. )
216(b), )
)
            Plaintiff, )
vs. )
)
REAL MASTERS CONSTRUCTION INC., )
& ERNEST J LANNING )
)
            Defendants. )
_____ )

**Joint Motion to Extend the Deadline for Discovery and Issue A New Scheduling Order Under Magistrate Jurisdiction**

Parties, by and through Undersigned Counsel, hereby request an entry of an order granting this Joint Motion for Enlargement of Time to Conduct Discovery (the "Motion") pursuant to Fed. R. Civ. P. 16(b) and 6(b), and S.D. Fla. L.R. 7.1, and a new scheduling order now that the parties have consented to magistrate jurisdiction, and in support thereof, states as follows:

    1.    The Scheduling Order [DE 19] dated December 29, 2016, requires that all discovery be completed by March 3, 2017.

    2.    During the end of discovery period, a witness was discovered who is not a party to this complaint.

    3.    Said 3rd party witness may be essential to both parties case and needs to be deposed.

    4.    Any attempt to schedule discovery depositions with 3rd party within the limited time left before discovery deadline led to scheduling difficulties that caused discovery not to be completed within the deadline.

5. There is good cause to enlarge the deadline for discovery until April 10, 2017, and The Parties request that this Court reset all deadlines accordingly.

6. Further, Plaintiff and Defendants assert that they will also use an extension of the discovery deadline to facilitate further settlement talks between the parties.

7. The Parties are not asking for the delay for dilatory purposes, for any improper purpose or to cause undue delay.

## MEMORANDUM OF LAW

To modify or extend a scheduling order the parties must show good cause. *See* Fed.R.Civ.P. 16(b); *S. Grouts & Mortars, Inc. v. 3M Co.*, 575 F.3d 1235, 1241 (11th Cir.2009). "District courts have 'broad discretion in deciding how best to manage the cases before them,'" *Adinolfe v. United Technologies Corp.*, 768 F.3d 1161, 1167 (11th Cir. 2014), *quoting Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1366 (11th Cir. 1997).

Plaintiff's proposed compromise, that both parties now move to affect, minimizes the need for Court interference as the parties have solved the issues jointly, and need only approval from the Court for the compromise.

### I. Conclusion

The parties assert that good cause exists to extend the discovery cut-off date to April 10, 2017. Plaintiff and Defendants additionally assert that if this Motion is granted then it will further the parties' ability to resolve this matter.

**WHEREFORE;** The Parties move that the discovery deadline be reset to April 10, 2017, which would give the parties as opportunity to set dates for depositions and to otherwise discuss

discovery issues without the need for extensive court intervention, and request a new scheduling order be issued accordingly.

Respectfully Submitted,

J.H. Zidell, P.A.
*Attorneys for Plaintiff*
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By: /s/ Neil Tobak
Neil Tobak, Esq.
ntobak.zidellpa@gmail.com
Florida Bar Number: 93940

Jon Michael Kendrick, Esq.
Florida Bar Board Certified in Construction Law
The Kendrick Law Firm
1776 N. Pine Island Rd., Suite 118
Plantation, FL 33322
Tel:  954-776-8115
Fax:  954-337-3925

By /s/ Jon Michael Kendrick
Jon Michael Kendrick, Esq.
Florida Bar No.: 46188

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on March 3, 2017.

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141

                                              Tel: (305) 865-6766
                                              Fax: (305) 865-7167
                                              *Attorneys for Plaintiff*

                                              By:  /s/ Neil Tobak
                                              Neil Tobak, Esq.
                                              ntobak.zidellpa@gmail.com
                                              Florida Bar Number: 93940