UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-24737-DPG

PABLO ORTIZ a/k/a PABLO ORTIZ )
NUNEZ, and all others similarly situated )
under 29 U.S.C. 216(b), )
)
)
         Plaintiffs, )
vs. )
)
REAL MASTERS CONSTRUCTION, INC, )
and ERNEST J LANNING, )
)
         Defendants. )
_____

# JOINT PROPOSED AMENDED SCHEDULING ORDER SETTING CIVIL TRIAL DATE AND PRETRIAL SCHEDULE

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **10/30/17**.[1] The **Calendar Call** will be held at **9:30 a.m. on Wednesday, 10/11/2017**.[2] A **Status Conference** will be held at **9:30 a.m. on Wednesday, 09/25/17**.[3] The parties shall adhere to the following

| | |
|---|---|
| 1. Joinder of any additional parties and filing of motions to amend the complaint by | **02/10/2017** |
| 2. Written lists containing the names and addresses of all fact witnesses intended to be called at trial by | **02/10/2017** |
| 3. Plaintiff(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **02/10/2017** |

| | | |
|---|---|---|
| 4. | Defendant(s) shall disclose experts, expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | 02/10/2017 |
| 5. | Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | 02/24/2017 |
| 6. | The parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by | 05/01/2017 |
| 7. | Fact discovery shall be completed by<br>**[at least five months before Trial date]** | 05/3/2017 |
| 8. | Expert discovery shall be completed by<br>**[at least five months before Trial date]** | 05/10/2017 |
| 9. | Dispositive motions, including those regarding summary judgment and *Daubert*, must be filed by<br>**[at least four months before Trial date]** | 06/14/2017 |
| 10. | Mediation shall be completed by<br>**[at least three months before Trial date]**[5] | 07/12/2017 |
| 11. | All pretrial motions and memoranda of law, including motions in limine, must be filed by<br>**[at least two months before Trial date]** | 08/14/2017 |
| 12. | Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law must be filed by<br>**[at least one month before Trial date]** | 09/14/2017 |