UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 16-cv-24737-DPB/WCT

PABLO ORTIZ a/k/a PABLO ORTIZ
NUNEZ and all others similarly situated
Under 29 U.S.C. 216(b),

    Plaintiffs,

vs.

REAL MASTERS CONSTRUCTION, INC.; and
ERNEST J. LANNING,

    Defendants.
_____/

## NOTICE OF COMPLIANCE

Defendants, REAL MASTERS CONSTRUCTION, INC. and ERNEST J. LANNING, by and through undersigned counsel, hereby advises the Court of the parties' compliance with Joint Scheduling Report [DE 32]. Mediation has been scheduled for June 20, 2017, with Mediator, Neil Flaxman, Esq., and will be held in Mr. Flaxman's offices at 80 SW 8th Street, Suite 3100, Miami, Florida 33130.

Dated this ___19th___ day of April, 2017

                                    Respectfully submitted,

                                    //s// Jon Michael Kendrick
                                    Jon Michael Kendrick
                                    Florida Bar Number: 46188
                                    Email: jmk@kendrick-lawfirm.com
                                    The Kendrick Law Firm
                                    1776 North Pine Island Road, Suite 118
                                    Plantation, Florida 33322
                                    Telephone: 954.776.8115
                                    Facsimile: 954.337.3925
                                    Attorney for Defendants

CASE NUMBER: 16-cv-24737-DPB

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/ECF on ___19th___ day of April, 2017, to:

J.H. Zidell, Esq.
Neil Tobak, Esq.
J.H. Zidell, P.A.
300 – 71st Street, Suite 605
Miami Beach, Florida 33141
Telephone: 305.865.6766
Facsimile: 305.865.7167
zabogado@aol.com
ntobak.zidellpa@gmail.com
Attorneys for Plaintiffs

THE KENDRICK LAW FIRM

//s// Jon Michael Kendrick
Jon Michael Kendrick