UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-24737-WCT

| | |
|---|---|
| PABLO ORTIZ a/k/a PABLO ORTIZ NUNEZ, and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| REAL MASTERS CONSTRUCTION, INC, and ERNEST J LANNING, | ) ) ) |
| Defendants. | ) ) ) |
| _____ | ) |

## AMENDED NOTICE OF HEARING BEFORE THE HONORABLE MAGISTRATE JUDGE WILLIAM C. TURNOFF

PLEASE TAKE NOTICE that the undersigned attorney for the Plaintiff will call to be heard on the Court's discovery calendar before the HONORABLE MAGISTRATE JUDGE WILLIAM C. TURNOFF, at the 11th Floor of the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Miami, FL 33128, on May 25, 2017, at 2:00 p.m.

Plaintiff is requesting the Court address issues with respect to Defendants' objections and responses to Plaintiff's Interrogatories directed towards each Defendant as well as Defendants' objections and responses to Plaintiffs' Request for Production and to compel better responses and responsive documents to same. Specifically, Plaintiff seeks to compel better response to Plaintiff's First set of Interrogatories Nos.: 1, 2, 4, 5, 7, 10, and Plaintiff's First Request for Production Nos.: 1, 17, 24, 30, 37.

These are specifically relevant as Defendants' are contesting FLSA coverage and contend that Plaintiff was an independent contractor and the information sought is directly relevant to same.

Plaintiff will provide The Court with the source documents as per The Courts Order [DE19]

Moving counsel certifies that a bona-fide effort to agree or to narrow the issues on the motion notice has been made with opposing counsel.

## CERTIFICATE OF CONFERRAL

The undersigned conferred with Defense Counsel, Jon Michael Kendrick, Esq., and the Parties are unable to resolve the discovery disputes. The parties will advise The Court immediately should said above issues be resolved as The Parties continue to confer.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Neil Tobak, Esq. ___
     Neil Tobak, Esquire
     Florida Bar No.: 93940

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CMECF ON 4/26/17 TO:**

**Jon Michael Kendrick**
**The Kendrick Law Firm**
**1776 North Pine Island Road**
**Suite 118**
**Plantation, FL 33322**
**954-776-8115**
**Fax: 954-337-3925**
**Email: jmk@kendrick-lawfirm.com**

**BY:__/s/____Neil Tobak_____**
**NEIL TOBAK, ESQ.**