UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 16-24737-CIV-TURNOFF

[CONSENT CASE]

PABLO ORTIZ, a/k/a Pablo Ortiz Nunez
and all others similarly situated under 29
U.S.C. 216(b),

        Plaintiff,

vs.

REAL MASTERS CONSTRUCTION INC.,
& ERNEST J LANNING

        Defendants.

## SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 26(f), S.D.Fla. L.R. 16.1(B), and the Court's Order [DE31] and upon consideration of the Joint Planning and Scheduling Report filed by the Parties and being otherwise duly advised, it is ORDERED AND ADJUDGED:

| | |
|---|---|
| Fact discovery shall be completed by | **09/04/2017** |
| Expert discovery shall be completed by | **09/04/2017** |
| Dispositive motions, including those regarding summary judgment and *Daubert*, must be filed by | **09/28/2017** |
| Mediation shall be completed by | **10/18/2017** |
| All pretrial motions and memoranda of law, including motions in limine, must be filed by | **11/14/2017** |

. Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law must be filed by                                                                                  **11/27/2017**

. The Final Pretrial Conference shall be held no later than **12/03/2017.**

Trial shall begin the (2) week period commencing on **01/15/2018** (unless a continuance is granted in accordance with the local rules and the Federal Rules of Civil Procedure). It is estimated this case will require 3 to 5 days for trial. This shall be a trial by jury.

DONE AND ORDERED in chambers in Miami, Florida, on this _____ day of _____MAY_____, 2017.

_____
WILLLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE

Copies to: Counsel of Record