UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:16-cv-24737-WCT
[CONSENT CASE]

PABLO ORTIZ, a/k/a Pablo Ortiz Nunez )
and all others similarly situated under 29 U.S.C. )
216(b), )
 )
         Plaintiff, )
  vs. )
 )
REAL MASTERS CONSTRUCTION INC., )
& ERNEST J LANNING )
 )
         Defendants. )
_____ )

### NOTICE OF HEARING BEFORE THE HONORABLE MAGISTRATE JUDGE WILLIAM C. TURNOFF

    PLEASE TAKE NOTICE that the undersigned attorney for the Plaintiff will call to be heard on the Court's discovery calendar before the HONORABLE MAGISTRATE JUDGE WILLIAM C. TURNOFF, at the 11th Floor of C. CLYDE ATKINS UNITED STATES COURTHOUSE, 301 North Miami Avenue, Miami, FL 33132, on July 6, at 2:00 p.m.

1. On April 28, 2017, Plaintiff served each Defendant with Plaintiff's Second Request for Admissions, Second Request for Production, and Second Set of Interrogatories. Said responses came due on May 28, 2017. On May 30, 2017, Defendants untimely served their Responses to Plaintiff's Second Request for Admissions. However, to date, Defendants have not served their Responses to Plaintiff's Second Request for Production, Second Set of Interrogatories, and/or have not provided responsive documents to same. *See,* Fed. R. of Civ. P. 33 and 34. Plaintiff respectfully requests the

1

    Court compel Defendants to respond to Plaintiff's Second Request for Production, Second Set of Interrogatories, that all of Defendants' objections to the discovery requests are deemed waived for Defendants' failure to timely respond to said written discovery, and that Plaintiff be awarded reasonable attorneys' fees and costs incurred in the Hearing and all related work. Rule 37(a)(4)(A).

2. On May 5, 2017 Plaintiff served his notice of Deposition Duces Tecum along with the Subpoena for same. Said Witness was served on May 11, 2017, to appear as noticed on June 9, 2017. Plaintiff incurred fees in relation to prep and cost for a translator and court reporter who took a certificate of non-appearance. Plaintiff seeks to compel the Non-Party Witness, 30(b)(6) Corporate Representative of Tach's Inc., to appear for its deposition to occur no later than July 11, 2017. Plaintiff also seeks all fees and costs in relation to witness non appearance as properly served.

Moving counsel certifies that a bona-fide effort to agree or to narrow the issues on the motion notice has been made with opposing counsel or that, because of time considerations, such efforts have not yet been made, but will be made prior to the scheduled hearing.

**CERTIFICATE OF CONFERRAL**

The undersigned conferred with Defense Counsel, Jon Kendrick, Esq., via email and then discussed the issues telephonically with Defense Counsel. Plaintiff will make all efforts to continue to confer with Defendants and will withdraw the corresponding issue in the Notice should the Parties be able to resolve the discovery dispute herein.

Respectfully submitted,

        J. H. ZIDELL, P.A.
        ATTORNEYS FOR PLAINTIFF
        300-71ST STREET, SUITE 605
        MIAMI BEACH, FLORIDA 33141
        305-865-6766
        305-865-7167

        By:_s/ Neil Tobak, Esq. ___
          Neil Tobak, Esquire
          Florida Bar No.: 093940

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY that on June 21, 2017, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing:**

        **Jon Michael Kendrick**
        **The Kendrick Law Firm**
        **1776 North Pine Island Road**
        **Suite 118**
        **Plantation, FL 33322**
        **954-776-8115**
        **Fax: 954-337-3925**
        **Email: jmk@kendrick-lawfirm.com**

        **BY:__/s/____Neil Tobak_____**
          **NEIL TOBAK, ESQ.**