UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 16-24737-CV-TURNOFF

PABLO ORTIZ, a/k/a PABLO ORTIZ
NUNEZ and all other similarly situated
under 29 U.S.C. 216 (b),

**CONSENT CASE**

Plaintiff,

vs.

REAL MASTERS CONSTRUCTION, INC.

Defendant.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the undersigned following a hearing on July 6, 2017, and upon Plaintiff's Motion for Order to Show Cause as to the Corporate Representative Deposition of Non-Party Tach's Inc. **(ECF No. 42)**. Upon review of the Motion, the court file, hearing argument from counsel, and being otherwise duly advised in the premises, it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED-IN-PART** and **DENIED-IN-PART**. The Motion is **GRANTED** to the extent that it seeks an Order to Show Cause. The Court defers ruling on all other requested relief.

Accordingly, Tach's Inc. is hereby **ORDERED TO APPEAR** before the undersigned on **Thursday, July 13, 2017 at 2:00 p.m., at 301 N. Miami Avenue, 11th Floor, Miami, Florida** and **SHOW CAUSE** as to why the relief in Plaintiff's Motion, including sanctions, and attorney's fees and costs, should not be granted.

**DONE AND ORDERED** in Chambers at Miami, Florida on this ___ day of July 2017.

_____
WILLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record