UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-24737-CIV-WCT

[CONSENT CASE]

PABLO ORTIZ, a/k/a PABLO ORTIZ NUNEZ and all others similarly situated under 29 U.S.C. 216(b),

        Plaintiff,

vs.

REAL MASTERS CONSTRUCTION INC., ERNEST J LANNING,

        Defendants.
_____

**PLAINTIFF'S NOTICE OF COMPLIANCE WITH [DE43]**

COMES NOW the Plaintiff, by and through undersigned, and files this Notice of Compliance with [DE43], and states that Plaintiff has served Non-Party Tach's Inc., with the Court's Order to Show Cause [DE43] and Plaintiff's Motion for Order to Show Cause [DE42] as per the requirements set forth in the Court's Order [DE43] on 7/10/17. *See*, Exhibit "A".

        Respectfully submitted,

        J. H. ZIDELL, P.A.
        ATTORNEYS FOR PLAINTIFF
        300-71ST STREET, SUITE 605
        MIAMI BEACH, FLORIDA 33141
        305-865-6766
        305-865-7167

        By:_s/ Neil Tobak, Esq. ___
          Neil Tobak, Esquire
          Florida Bar No.: 093940

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 7/11/17 TO:**

**Jon Michael Kendrick, Esq.
The Kendrick Law Firm
1776 North Pine Island Road, Suite 118
Plantation, FL 33322
Ph: 954-776-8115
Fax: 954-337-3925
Email: jmk@kendrick-lawfirm.com**

**BY:__/s/____Neil Tobak_____
NEIL TOBAK, ESQ.**