UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 16-24737-CV-TURNOFF

PABLO ORTIZ, a/k/a PABLO ORTIZ
NUNEZ and all other similarly situated
under 29 U.S.C. 216 (b),

    Plaintiff,

vs.

REAL MASTERS CONSTRUCTION, INC.

    Defendant.
_____/

**CONSENT CASE**

### ORDER TO SHOW CAUSE

THIS CAUSE is before the undersigned following a hearing on July 6, 2017, and upon Plaintiff's [Motion to Compel] the Corporate Representative Deposition of Non-Party Tach's Inc. [After reviewing the] Motion, the court file, hearing argument from counsel, and being [otherwise advised], it is hereby ORDERED AND ADJUDGED that the Motion is [GRANTED] IN-PART. The Motion is GRANTED to the extent that it seeks [...]. [The Court d]efers ruling on all other requested relief.

[Tach's Inc. is h]ereby ORDERED TO APPEAR before the undersigned on [date/time] at 301 N. Miami Avenue, 11th Floor, Miami, Florida and [show cause why] Plaintiff's Motion, including sanctions, and attorney's fees and [costs should not be granted].

[DONE AND ORDERED in c]hambers at Miami, Florida on this ___ day of July 2017.

_____
WILLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE

---

**Rush**
• Process Servers
• Private Investigation Agency
P.O. BOX 693180 • MIAMI, FL 33269-0180

State of Florida
County of _____ ss

Before me this day personally appeared the process server signing below, who, after being duly sworn deposes and says that he received the attached _____ on the date of: 7/11/17

and SERVED the same on the date of: 7/11/17 at ____ A.M./P.M.
in _____ County, Florida, by serving a true copy of the attached paper(s) to the within named witness, explaining the contents thereof, and by tendering a check for witness fee in the amount of $ _____ dollars or no check, as provided by law and rules of procedure.

That affiant further says he is not a party to the action and is not less than 18 years of age.

Process Server: _____

Case 1:16-cv-24737-WCT   Document 43   Entered on FLSD Docket 07/10/2017   Page 1 of

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 16-24737-CV-TURNOFF

PABLO ORTIZ, a/k/a PABLO ORTIZ
NUNEZ and all other similarly situated
under 29 U.S.C. 216 (b),

**CONSENT CASE**

Plaintiff,

vs.

REAL MASTERS CONSTRUCTION, INC.

Defendant.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the undersigned following a hearing on July 6, 2017, and upon Plaintiff's Motion for Order to Show Cause as to the Corporate Representative Deposition of Non-Party Tach's Inc. (ECF No. 42). Upon review of the Motion, the court file, hearing argument from counsel, and being otherwise duly advised in the premises, it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED-IN-PART** and **DENIED-IN-PART**. The Motion is **GRANTED** to the extent that it seeks an Order to Show Cause. The Court defers ruling on all other requested relief.

Accordingly, Tach's Inc. is hereby **ORDERED TO APPEAR** before the undersigned on Thursday, July 13, 2017 at 2:00 p.m., at 301 N. Miami Avenue, 11th Floor, Miami, Florida and **SHOW CAUSE** as to why the relief in Plaintiff's Motion, including sanctions, and attorney's fees and costs, should not be granted.

**DONE AND ORDERED** in Chambers at Miami, Florida on this 10 day of July 2017.

WILLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE

cc:   Counsel of Record



• Process Servers
• Private Investigation Agency
INC.

P.O. BOX 693180 • MIAMI, FL 33269-0180

State of Florida;
County of _____ ss

Before me this day personally appeared the process server signing below, who, after being duly sworn deposes and says that he

received the attached ~~subpoena~~ _____

on the date of: 7/11/17

and SERVED the same on the date of:

7/11/17

in _____ at 10:00 A.M./P.M.
_____ County, Florida,
by serving a true copy of the attached paper(s) to the within named witness, explaining the contents thereof, and by tendering a check for witness fee in the amount of $_____ dollars or no check, as provided by law and rules of procedure.

That affiant further says he is not a party to the action and is not less than 18 years of age.

Process Server: _____