UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 16-24737-CV-TURNOFF

PABLO ORTIZ, and all other similarly situated
under 29 U.S.C. 216 (b),

        **CONSENT CASE**

    Plaintiff,

vs.

REAL MASTERS CONSTRUCTION, INC.

    Defendant.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** came before the undersigned for a Show Cause hearing on Thursday, July 13, 2017. Only counsel for Plaintiff appeared at the hearing.[1] Upon review of the court file, and hearing argument from counsel, the undersigned makes the following findings. The undersigned held a prior hearing on July 6, 2017. At the time, Plaintiff sought relief as to Non-Party Tach's Inc.'s failure to comply with a Subpoena for Deposition. **(ECF No. 42)**. A Show Cause Order was entered. The Order required personal service upon Tach's Inc. and mandated its presence at the July 13, 2017 hearing. Tach's Inc. was properly served with the Order. However, it **FAILED TO APPEAR**. **(ECF No.44)**.

Accordingly, Tach's Inc. is hereby **ORDERED TO APPEAR** before the undersigned on **Thursday, July 20, 2017 at 2:00 p.m., at 301 N. Miami Avenue, 11th Floor, Miami, Florida** and **SHOW CAUSE** as to why it and/or its corporate representative should not be

**HELD IN CONTEMPT OF COURT. TACH'S INC. IS FURTHER PLACED ON NOTICE THAT THE FAILURE TO APPEAR MAY RESULT IN ARREST BY THE UNITED STATES MARSHAL'S SERVICE**.

Plaintiff's counsel is hereby directed to personally serve this Order upon Tach's Inc. forthwith,

---

[1] Because the Show Cause hearing pertained to a non-party subpoena, defense counsel did not believe that his presence was required.

and file proof of same with the Court.

**PLEASE TAKE NOTICE** that the undersigned shall hear the issues raised by Plaintiff as to the deficient discovery responses served by Defendant. Accordingly, all parties must be present at the July 20, 2017 hearing.

**DONE AND ORDERED** in Chambers at Miami, Florida on this ___ day of July 2017.

_____
**WILLIAM C. TURNOFF**
**UNITED STATES MAGISTRATE JUDGE**

cc: Counsel of Record