UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

PABLO ORTIZ a/k/a PABLO ORTIZ          CASE NO.: 16-cv-24737-DPB/WCT
NUNEZ and all others similarly situated
Under 29 U.S.C. 216(b),

       Plaintiffs,

vs.

REAL MASTERS CONSTRUCTION, INC.; and
ERNEST J. LANNING,

       Defendants.
_____/

## DEFENDANTS' MOTION FOR PROTECTIVE ORDER

Defendants, REAL MASTERS CONSTRUCTION, INC. ("RMC") and ERNEST J. LANNING ("Lanning") (collectively, "Defendants"), by and through undersigned counsel, pursuant to Rules 26 and 37, Fed. R. Civ. P. and S.D. Loc. R. 26.1(g)(3) files this Motion for Protective Order and in support thereof, states:

1. Plaintiff has unilaterally set the depositions of two critical witnesses for July 20, 2017. In May 2017, Defendants provided Plaintiff with availability for July depositions and specifically advised that July 18 and July 21 were the only dates on which undersigned could attend depositions that week. *See* Ex. 1.

2. Undersigned has the following conflicts:

     a. First, undersigned is set to be in a court ordered mediation in a case currently pending in the Circuit Court of Miami-Dade County, Complex Business Litigation Division. Such order has been pending since April 6, 2017. Ex. 2, ¶16.

     b. Second, this Court has ordered undersigned to appear at a hearing scheduled for tomorrow at 2:00 p.m. [D.E. 46].

CASE NUMBER: 16-cv-24737-DPB

-2-

3.      Notwithstanding, Plaintiff set two depositions to take place on July 20, 2017, in the afternoon. Undersigned advised counsel for Plaintiff that it would be seeking a protective order as to the depositions given these other conflicts and counsel for Plaintiff has refused to agree to reschedule the depositions.

WHEREFORE, Defendants, REAL MASTERS CONSTRUCTION, INC. ("RMC") and ERNEST J. LANNING, respectfully request that this Court enter an Order requiring Plaintiff to reschedule the depositions to a mutually agreeable date and time, award Defendants attorneys' fees and costs associated with this motion, and grant such additional relief as the court deems appropriate.

## CERTIFICATE OF GOOD FATH

Undersigned hereby certifies that on July 19, 2017, he conferred with counsel for Plaintiff concerning resolution of this motion without court action and no agreement could be reached.

Dated this   19th   day of July, 2017

Respectfully submitted,

//s// Jon Michael Kendrick
Jon Michael Kendrick
Florida Bar Number:  46188
Email: jmk@kendrick-lawfirm.com
The Kendrick Law Firm
1776 North Pine Island Road, Suite 118
Plantation, Florida 33322
Telephone:  954.776.8115
Facsimile:  954.337.3925
Attorney for Defendants

CASE NUMBER: 16-cv-24737-DPB

-3-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/ECF on ___19th___ day of July, 2017, to:

J.H. Zidell, Esq.
Neil Tobak, Esq.
J.H. Zidell, P.A.
300 – 71st Street, Suite 605
Miami Beach, Florida 33141
Telephone: 305.865.6766
Facsimile: 305.865.7167
zabogado@aol.com
ntobak.zidellpa@gmail.com
Attorneys for Plaintiffs

THE KENDRICK LAW FIRM

//s// Jon Michael Kendrick
Jon Michael Kendrick