UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 16-24737-civ-TURNOFF

[CONSENT CASE]

PABLO ORTIZ a/k/a PABLO ORTIZ )
NUNEZ, and all others similarly situated under )
29 U.S.C. 216(b), )
)
       Plaintiffs, )
vs. )
)
REAL MASTERS CONSTRUCTION, INC, )
and ERNEST J LANNING, )
)
       Defendants. )
_____ )

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE

**THIS CAUSE** is before the undersigned upon the Parties' Joint Motion for Approval of Settlement Agreement **(ECF No. 57)**. A fairness hearing took place before the undersigned on August 17, 2017. Upon review of the Settlement Agreement between the Parties, and hearing from counsel, it appears to the Court that due cause exists to approve the settlement agreement and dismiss the case with prejudice.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Settlement Agreement is **APPROVED** in its entirety under *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), and this case is **DISMISSED WITH PREJUDICE** The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement. All pending motions in this case are **DENIED** as moot, and this case is **CLOSED**.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this ___ day of August 2017.

WILLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE

cc:    All Counsel of Record